**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Travelers Indemnity Co., | ) | No. CV 11-02077-PHX-FJM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Bird Acquisition, LLC, | ) | |
| Defendant. | ) | |

We have before us plaintiff's motion for extension of time and request for expedited jurisdictional discovery (doc. 23). Defendant contends that because diversity is lacking, we do not have subject matter jurisdiction, and therefore this case should be dismissed. (Doc. 21). Plaintiff contends that defendant has not identified the sub-member of the LLC which allegedly destroys diversity.

**IT IS HEREBY ORDERED** extending the date for Travelers Indemnity Company to respond to defendant's Request for Dismissal until fourteen (14) days following service of Bird Acquisition, LLC's response to Travelers Indemnity Company's First Set of Requests for Production. (Doc. 23).

**IT IS FURTHER ORDERED** that Bird Acquisition, LLC, shall respond to Travelers' First Set of Requests for Production on or before March 26, 2012.

Because subject matter jurisdiction is of critical importance to the court, the parties shall cooperate in supplying the identifying information.

DATED this 20th day of March, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge